# STATE OF NEW MEXICO SUPPLEMENTAL REPORT

| ORIG. OFFENSE DATE | SUP. DATE | CASE NO. | INC. NO. | PAGE | OF |
|---|---|---|---|---|---|
| 07-21-2021 | 07-21-2021 | ■ | ■ | 1 | 3 |

| ORIGINAL OFFENSE REPORTED | ORIGINAL VICTIM'S NAME (LAST, FIRST, MIDDLE) | DATE OF BIRTH |
|---|---|---|
| 30-03-02A  Aggravated Assault/Deadly Weapon  1304 | SYED  ADIL | ■ |

**LOCATION OF OCCURRENCE:** 301 SAN MATEO BL SE  ALBUQUERQUE  87108

## OFFENSE

| # | ADDITIONAL OFFENSE / INCIDENT | STATUTE OR ORDINANCE | FEL/MISD | ATTEMPTED | COMPLETED | UCR OFFENSE CODE | CRIMINAL ACTIVITY CODE | LOCAT CODE | WEAPON CODE |
|---|---|---|---|---|---|---|---|---|---|
| 4 | Aggravated Assault/Deadly Weapon 1304 | 30-03-02A | F | | X | 13A | | 18 | 11 |
| 5 | Misdemeanor Warrant | MISDEMEANOR WARRANT | M | | X | 90Z | | 13 | |

## SUBJECTS (VICTIMS / SUSPECTS / PERSONS / BUSINESSES)

### Person 4 — ARR / I / N
- **NAME:** SYED, ADIL
- **AGE:** 22  **SEX:** M  **RACE:** U
- **STREET ADDRESS:** 3513 CREST AVE SE
- **HEIGHT:** 6' 00"  **WEIGHT:** 160  **HAIR:** BRO  **EYES:** BRO  **ETHNICITY:** U
- **CITY:** ALBUQUERQUE  **STATE:** NM  **ZIP:** 87106
- **VICTIM OF OFF. NO.:** 4  **VICTIM OF SUSP. NO.:** 1  **REL.:** ST
- **SUSPECT OF OFFENSE NO.:** 5  **ARRESTED FOR OFFENSE NO.:** 5
- **ARMED WITH WEAPON CODE:** 01
- **D.L. STATE:** NM  **RES. STATUS:** R

### Person 5 — VAB / G / N
- **NAME:** STATE, NM
- **VICTIM OF OFF. NO.:** 5  **VICTIM OF SUSP. NO.:** 1  **REL.:** ST

### Person 6 — INT / I / N
- **NAME:** SYED, MAIWAND
- **AGE:** 20  **SEX:** M  **RACE:** U
- **STREET ADDRESS:** 3513 CREST AVE SE
- **ETHNICITY:** U
- **CITY:** ALBUQUERQUE  **STATE:** NM  **ZIP:** 87106
- **DRIVER'S LICENSE NO.:** 516523964  **D.L. STATE:** NM  **RES. STATUS:** R

## STATUS

| | NAME | RANK | I.D. NO. | DATE |
|---|---|---|---|---|
| REPORTING OFFICER | BACA, ALYCIA | P1C | ■ | 07-21-2021 |
| ASSISTING OFFICER | ROMAN, CRISTINA | P1C | ■ | 07-21-2021 |
| APPROVING OFFICER | ADKINS, MARK | | ■ | 08-17-2021 |

**INCIDENT STATUS:** INACT (X)

**DISTRIBUTION:** B, NE, SW, DAL, OTHER, IA, SE, VA, FTHL, CACU, NW

| PROPERTY STATUS | ARS-ARSON/BURNED<br>DMG-DAMAGED<br>EVI-EVIDENCE | FCN-FIELD CONTACT<br>FND-FOUND<br>IMP-IMPOUNDED | LST-LOST<br>OBS-OBSERVED<br>OTH-OTHER | REC-RECOVERED<br>RFJ-REC OUTSIDE AGENCY STOLEN PROPERTY<br>RPO-REPOSSESSION | SFK-SAFEKEEPING<br>STN-STOLEN<br>STR-STOLEN AND RECOVERED | SUS-SUSPECT<br>SZD-SIEZED |
|---|---|---|---|---|---|---|
| PROPERTY TYPE | 1-GUNS/FIREARMS<br>2-DRUGS<br>3-FOOD/LIQUOR/CONSUMABLE<br>4-CLOTHING/FURS<br>5-BOAT/MOTOR VEHICLE/AIRCRAFT<br>6-AUTO ACCESSORIES<br>7-CONSTRUCTION MACHINERY<br>8-CURRENCY, NEGOTIABLE ITEMS | 9-STRUCTURE<br>A-NON-SERIALIZED JEWELRY<br>B-BICYLCE<br>C-CAMERA/PHOTO EQUIPMENT<br>D-DATA PROCESSING EQUIPMENT<br>E-EQUIPMENT/TOOLS<br>F-FURNITURE AND FURNISHINGS<br>G-GAMING EQUIPMENT | | H-HOUSEHOLD APPLIANCES/HOUSEWARES<br>I-IDENTIFICATION ITEMS<br>J-SPECIAL DOCUMENTS/FOOD STAMPS<br>K-KEEPSAKES AND COLLECTIBLES<br>L-LIVESTOCK<br>M-MUSICAL INSTRUMENTS<br>N-NON-SERIALIZED PROPERTY (JEWELRY NOT INCL)<br>O-OFFICE EQUIPMENT/CELLULAR PHONES | P-PERSONAL ACCESSORIES (INCL SERIALIZED JEWELRY)<br>R-ELECTRONIC/AUDIO/STEREO/TV<br>S-SPORTS, EXERCISE AND RECREATIONAL EQUIP<br>T-TOXIC CHECMICALS<br>V-VIEWING EQUIPMENT<br>W-WELL DRILLING EQUIPMENT<br>Y-NONE OF THE ABOVE<br>Z-CREDIT/DEBIT CARDS | |
| DRUG TYPE | A-CRACK<br>B-COCAINE<br>C-HASHISH | D-HEROIN<br>E-MARIJUANA<br>F-MORPHINE | G-OPIUM<br>H-OTHER NARCOTICS<br>I-LSD | J-PCP<br>K-OTHER HALLUCINOGENS<br>L-AMPH/METHAM. | M-OTHER<br>N-BARBITURATES<br>O-OTHER DEPRESSANTS | P-OTHER DRUGS<br>U-UNKNOWN<br>X-OVER 3 TYPES |
| FIELD UNIT OF MEASURE | DU-DOSAGE UNITS/ITEMS<br>FO-FLUID OUNCE | GL-GALLON<br>GM-GRAM | KG-KILOGRAM<br>LB-POUND | LT-LITER<br>ML-MILLILITER | NU-NUMBER OF PLANTS<br>OZ-OUNCE | XX-NOT REPORTED |

## ADDITIONAL PROPERTY

| 5-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
|---|---|---|---|---|---|---|
| EVI | R | Audio/video recordings<br>taser | | | | |
| SUSPECTED DRUG TYPE | QUANTITY UNIT OF MS. | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.)<br>taser | | SERIAL / OAN | DATE RECOVERED | NIC NO. |
| 6-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY UNIT OF MS. | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOVERED | NIC NO. |
| 7-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY UNIT OF MS. | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOVERED | NIC NO. |
| 8-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY UNIT OF MS. | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOVERED | NIC NO. |
| 9-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY UNIT OF MS. | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOVERED | NIC NO. |
| 10-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY UNIT OF MS. | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOVERED | NIC NO. |
| 11-PROPERTY STATUS | PROPERTY TYPE | TYPE OF ITEM | MAKE / BRAND | MODEL | CALIBER | VALUE (EXCEPT DRUGS) |
| SUSPECTED DRUG TYPE | QUANTITY UNIT OF MS. | DESCRIPTION (COLOR, SIZE, FEATURES, ETC.) | | SERIAL / OAN | DATE RECOVERED | NIC NO. |

| COMMENTS REGARDING PROPERTY | TOTAL VALUE STOLEN<br>$ | TOTAL VALUE REC.<br>$ | ADDL ON SUPP |
|---|---|---|---|

## ADDITIONAL VEHICLES

| ADDL ON SUPP | VEH.STATUS CODE | ACC-TRAFFIC ACCIDENT<br>BRN-BURNED/ARSON<br>DMG-DAMAGED/VANDALIZED<br>EMB-EMBEZZLED | EVD-EVIDENCE<br>FCN-FIELD CONTACT<br>IMP-IMPOUNDED<br>LST-LOST | OUT-OUTSIDE RECOVERY, OTHER AGENCY<br>RCV-RECOVERED<br>REL-RELEASED TO OWNER<br>RPO-REPOSSESSION | SAR-STOLEN AND RECOVERED<br>SEZ-SIEZED<br>STN-STOLEN<br>SUS-SUSPECT | VEH.TYPE CODE | 1 - AUTO<br>2 - TRUCK/VAN<br>3 - MOTORCYCLE | 4 - CAMPER/RV<br>5 - BUS<br>6 - OTHER | 7 - ATV<br>8 - SNOWMOBILES | U - UNKNOWN |

| YEAR | MAKE | MODEL | BODY STYLE | LICENSE NO. | LIC.YEAR | LIC.STATE | TOP COLOR | BTM COLOR | VALUE/DAMAGE EST. |
|---|---|---|---|---|---|---|---|---|---|

| REGISTERED OWNER'S NAME | VIN | DISTINGUISHING FEATURES / VISIBLE DAMAGE |
|---|---|---|

| ADDRESS | TOW TO / BY | NIC NO. |
|---|---|---|

| AGENCY OPTIONAL USE | TOWED FROM | ☐ OWNER NOTIFIED | DATE RECOVERED | TIME RECOVERED |
|---|---|---|---|---|

| VEH.STATUS CODE | ACC-TRAFFIC ACCIDENT<br>BRN-BURNED/ARSON<br>DAM-DAMAGED/VANDALIZED<br>EMB-EMBEZZLED | EVD-EVIDENCE<br>FCN-FIELD CONTACT<br>IMP-IMPOUNDED<br>LST-LOST | OUT-OUTSIDE RECOVERY, OTHER AGENCY<br>RCV-RECOVERED<br>REL-RELEASED TO OWNER<br>RPO-REPOSSESSION | SAR-STOLEN AND RECOVERED<br>SEZ-SIEZED<br>STN-STOLEN<br>SUS-SUSPECT | TOW-TOWED<br>VEH-VICTIM'S VEH<br>WNT-WANT/WARRANT ON OWNER | VEH.TYPE CODE | 1 - AUTO<br>2 - TRUCK/VAN<br>3 - MOTORCYCLE | 4 - CAMPER/RV<br>5 - BUS<br>6 - OTHER | 7 - ATV<br>8 - SNOWMOBILES | U - UNKNOWN |

| YEAR | MAKE | MODEL | BODY STYLE | LICENSE NO. | LIC.YEAR | LIC.STATE | TOP COLOR | BTM COLOR | VALUE/DAMAGE EST. |
|---|---|---|---|---|---|---|---|---|---|

| REGISTERED OWNER'S NAME | VIN | DISTINGUISHING FEATURES / VISIBLE DAMAGE |
|---|---|---|

| ADDRESS | TOW TO / BY | NIC NO. |
|---|---|---|

| AGENCY OPTIONAL USE | TOWED FROM | ☐ OWNER NOTIFIED | DATE RECOVERED | TIME RECOVERED |
|---|---|---|---|---|

REV. 3/94

1  On July 21, 2021 at 1732 hours I was dispatched to the Southeast Substation located at 800 Louisiana Blvd in
2  reference to Officer H. Corona #▮ being flagged down by by a male later identified as Adil Syed. Officer
3  Corona stated that the male stating that he was involved in a shooting at Wal- Mart earlier today at 301 San
4  Mateo Bl Se. I told Officer Corona that I could go on scene to take over the investigation from him due to it being
5  part of my call earlier in the day.
6
7  Upon arrival I saw a white Mazda with a black front end which was the initial description of the offenders
8  vehicle. I made contact with Adil Syed and read him his Miranda Rights in which he agreed to speak to me
9  without a lawyer. He stated that he went to cash a check at an unknown bank and they denied him due to him not
10  having an account with them. They directed him to a Wal-Mart stating that they would cash it.
11
12  He left and started heading to the Wal- Mart located at 301 San Mateo BL SE. There was a black vehicle that
13  was driving aggressively around Carlisle. He stated that the black vehicle was also traveling south on San Mateo
14  and believes that that male later identified as E▮ C▮ may have thought that he was following him. The black
15  vehicle also pulled into the parking lot of Wal-Mart and stopped. He stated that he was still behind it when E▮
16  exited the vehicle he had a gun in his hand and "flagged" them with it while they were still inside their car. They
17  were in fear for their life at this time and also had a firearm so they fired at E▮ as they drove around him to get
18  away. Adil admitted to firing about eleven shots at the black vehicle.
19
20  Adil stated that he fled the area and did not call police due to not wanting his parents to find out about the
21  incident. Once his parents weren't home that is when him and his brother Maiwand Syed left and drove to the
22  substation. He stated that he wants to press charges and is willing to co operate with officers. Initially he was not
23  sure and stated that he would do what his brother said. Then made a statement that if E▮ was pressing charges
24  then he would. I stopped him and explained to him it does not work that way. That he needed to focus on himself
25  and what he wants to do. This is when he said he wanted to press charges.
26
27  I ran Adil through NCIC and he returned with having an outstanding warrant of aggravated assault with a
28  deadly weapon with the number of T4DV2020001965. I called the on call Impact Det. which was P. Olivas who
29  stated that he would assist with the call. I told him that I needed to re watch the video footage at Wal- Mart again
30  due to the picture being foggy when I initially saw it and it was brief. I also wanted Officer Roman to watch it to
31  have another set of eyes to confirm the events. Det. Olivas stated that he was going to confirm with the District
32  Attorney if we could do permission to search while I did this.
33
34  Officer Roman and I went to Wal-Mart to watch the footage. It was a different employee who pulled up the
35  footage and showed us multiple angles instead of the one. It showed E▮ pull into the parking lot in his black
36  Nissan and stop by the curb in front of the garden center. Adil pulls in as well behind him in the white Mazda. You
37  can see E▮ exit his vehicle and turn back towards Adil. I did not see anything in his hands at this time or any
38  signs that a gun was fired. E▮ gets back into the driver seat and Adil drives around the Nissan on the south side
39  of it. Then the Mazda stops and a male exits the Mazda and walks up to the Nissan and appears to shoot at it. I
40  could not see a weapon at this time on footage. He enters the Mazda and then it fled the area.
41
42  I spoke with Det. Olivas who stated that it was confirmed that we could do a permission to search to retrieve the

| STATUS | REPORTING OFFICER (PRINT) BACA, ALYCIA | RANK P1C | I.D. NO. ▮ | DATE 07-21-2021 | DETECTIVE / FOLLOW-UP OFFICER / REFERRED TO | | I.D. NO. | DATE |
|---|---|---|---|---|---|---|---|---|
| | ASSISTING OFFICER (PRINT) ROMAN, CRISTINA | RANK P1C | I.D. NO. ▮ | DATE 07-21-2021 | PROCESSED BY | DATE | DATA ENTRY PERSON | DATE |
| | APPROVING OFFICER (PRINT) ADKINS, MARK | RANK | I.D. NO. ▮ | DATE 08-17-2021 | INCIDENT STATUS ACTIVE INACT☒ CLOSED U.F. CLA CLE | EXCEPT CODE | A-DEATH OF OFFENDER B-PROSECUTION DECLINED C-EXTRADITION DENIED | D-VICTIM REF TO COOP E-JUV NO CUSTODY N-NOT APPLICABLE DATE |
| | DISTRIBUTION ☐B ☐NE ☐SW ☐DAL ☐OTHER ☐IA ☐SE ☐VA ☐FTHL ☐CACU ☐NW | | | | CASES CLEARED BY THIS ARREST CASE NO. CASE NO. | | CASE NO. | REV 3/94 |

| STATE OF NEW MEXICO SUPPLEMENTAL REPORT | ORIG. OFFENSE DATE 07-21-2021 | SUPP. DATE 07-21-2021 | CASE NO. | INC. NO. | PAGE 3 | OF 3 |
|---|---|---|---|---|---|---|
| ORIGINAL OFFENSE REPORTED 30-03-02A | | ORIGINAL VICTIM'S NAME (LAST, FIRST, MIDDLE) SYED    ADIL | | | DATE OF BIRTH | |
| LOCATION OF OCCURRENCE 301 SAN MATEO BL SE | | | ALBUQUERQUE | | 87108 | |

43  firearm from Adil. Officer Roman and Officer Pino did that (refer to Officer Romans supp). I turned in the
44  permission to search to Records. Adil stated that the firearm was in his bedroom. He stated that when you walk in
45  and turn to your right that there is a door leading to a closet. He stated that when you open the door and look to
46  your left that there is a shelf with two bags on it and the gun is in between the two bags.
47
48      I confirmed Adil's warrant prior to placing him in handcuffs and transported him to the PTC without incident.
49  The firearm was tagged in by the Field Investigator. I spoke with Det. Olivas again at the PTC and he stated to
50  forwarded him my reports and he will do follow up due to Earl showing an address in Rio Rancho. This concludes
51  my involvement in this case. A copy of my video will be uploaded into evidence.