

**Albuquerque Police Department**

# Report # ▓▓▓▓▓ - Offense/Incident Report

| REPORT CREATED DATE/TIME | AREA COMMAND / SECTOR / BEAT | | INCIDENT DATE / TIME - FROM - INCIDENT DATE / TIME - TO |
|---|---|---|---|
| Mar 1, 2022 08:36 | SOUTHEAST / 32 / 323 | | Feb 27, 2022 19:45 - 23:55 |
| PRIMARY REPORTER | | BODY WORN CAMERA? | |
| Jessica Gomez #▓▓▓ | | Yes - Video Footage Available - EVIDENCE.COM | |
| ASSISTING PERSONNEL / TYPE(S) | | | |
| Lonetta Gallegos #▓▓▓ (Secondary Officer) | | | |
| REPORT TAKEN LOCATION | | | |
| 3513 CREST AV SE #E, ALB, 3513 CREST AVE SE, E, ALBUQUERQUE, NM 87106 | | | |
| USE OF FORCE INVOLVED | SHOTS FIRED | EMS / FIRE / OTHER LE AGENCIES ON SCENE | |
| ☐ YES  ■ NO | ☐ YES  ■ NO | ☐ YES  ■ NO | |

**EVENT STATISTICS**

- ☐ Conflict Resolution/Mediation
- ☐ Gang Related (Suspected)
- ☐ Balloon Fiesta
- ☐ Natural Hazard
- ☐ Demonstration/Protest
- ☐ TRU
- ☐ Child Present
- ☐ Demonstration
- ☐ Homeless Involved
- ☐ Gun Involved
- ☐ Narcotics Involved
- ☐ Loud Vehicular Noise/Drag Racing
- ■ Domestic/Family Violence
- ☐ School-Based Event

## SYNOPSIS

On 02/27/2022 I was dispatched to 3513 CREST AV SE #A in regards to a male, Maiwand Syed, who hit his father and sister. Maiwand summons for battery on a household member.

## NARRATIVE

On 02/27/2022 I was dispatched to 3513 CREST AV SE #A in regards to a male, Maiwand Syed, who hit his father and sister. I used the telephone interpreter service to interview, Muhammad, in his primary language, Pashtol. I made contact with father, Muhammad Syed, who stated that his son, Maiwand, hit him in the face. I asked Muhammad what happened tonight and he stated about 30-45 minutes ago, his son knocked on his daughter, Tamana Skyed, bedroom door while she was studying and went in and started hitting his sister for an unknown reason. At this time Muhammad went into the room to stop Maiwand from hitting his sister when Maiwand started hitting his father, Muhammad, in the face. I noticed that Muhammad had blood all over his face. I asked Muhannad if he wanted medical attention and he stated no that he was okay at this time. I asked Muhammad if he wanted to press charges he said yes I want justice.

I went inside the house with the other officers on the scene who stated that Maiwand was no longer at this address. These officers also stated that no one would say anything about what happened tonight. The oldest sister Leubna Syed also arrived at the apartment. She stated she does not live in the apartment. She does come to the apartment daily. The mother, Bibi, stated she wanted Leubna to translate for her. I asked the mother, Bibi, what happened tonight and she stated nothing happened that her husband was lying. I asked the mother where her son was located and she stated that she did not know where her son, Maiwand, was located. I asked the mother what her son s birthday was and she said " I don t know because i m uneducated". I asked how she does not know her son s birthday and she said " I don t know". I asked the mother what happened to her husband and she stated " I don t know". I told the mother that she should want to help her daughter and her husband.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| *signature* | *signature* |
| PRINT NAME | PRINT NAME |
| Jessica Gomez #▓▓▓  Apr 20, 2022 08:25 | Julie Maycumber #▓▓▓  Apr 23, 2022 15:44 |

I asked the daughter, Tamana, if I could talk to her and everyone started speaking to her outside alone. Once I asked Tamana if I could talk to her, everyone in the house started talking to her in Pashtol. I asked everyone to stop and asked her to go outside with me so I could talk to her about tonight s incident. I spoke to Tamana and asked her what happened and she stated she did not know. I asked Tamana where her brother was located and she stated " I don t know". I asked her about her and her brother and she stated nothing happened. I asked how come Tamara father was bleeding from his face and she stayed quiet. I told Tamana to look at her father s face as he was sitting right next to her but she would not look at him. Again I asked Tamara " why is your dad bleeding" and she would not say anything. I told Tamana to stay with her dad while I spoke to the other officers inside the home. At this time we do not have any charges as Tamana will not state anything happened. Tamana went back inside with her family.

Officer M. Witt/3513 spoke to the little brother who stated that he was in his room when he hear the commotion in the other room. The little brother stated he did not see anything only heard a commotion going on.

I went back into the house and tried to talk to the mother again. I asked Bibi what her son s birthday was and she kept saying she did not know. I asked Bibi if she had anything that had his information on it and she stated no. I explained to Bibi that it s not right for someone to hurt another person and get away with it. I asked Bibi what her son birthday was and she said the same thing as last time. Officer Terrazas /3515 informed the family that officers have a job to do and explained to them how it works when you come in contact with law enforcement. Officer Terrazas stated to the children that if their parents do want corporate that they need to. I advised the children that they need to help one another out because they are all they have. Officer Witt talks to the family telling them that lying does not help us and withholding information is not okay. The other officers try talking with the family at this time asking about the son s birthday. At this point, we have no information regarding the son besides his name. The older sister Leubna stated that they did not celebrate birthdays. I asked the father if they celebrate birthdays and he stated "yes why would you ask that". The family kept saying they were safe and everything was okay. I advised the mother and Leubna that Maiwand will be receiving a summons in the mail. I asked if they understood what a summons was and they said no, so I explained it to them. I explained to them that even though he is not here at this time that he is still in trouble for what he did to his father. I told Leubna to tell her mother that she should be disappointed in herself. Leubna asked what does that mean and I said "ashamed" and walked out of the house.

Leubna stated to another officer that she wanted a supervisor. Sergeant Maycumber/▮▮▮ arrived on the scene and spoke to the family. Leubna filled out a CPC and my Sergeant processed it. At this time Muhammad stated that he wanted to go to the hospital by himself and that I could use my OBRD to capture his injuries. At this time I left the scene.

This is not the first time Tamana was injured by her brother to the point she was in the hospital and taken into custody by CYFD ref ▮▮▮▮▮▮▮.

Maiwand Syed was summons for battery on a Household member. CPC was processed by my sergeant. My OBRD was docked and uploaded. No other information at this time.

## OFFENSE-1

**OFFENSE CODE**
Battery HHM DV | 1313 | 30-03-15

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | SUSPECTED HATE CRIME |
|---|---|---|---|
| Feb 27, 2022 19:45 | Feb 27, 2022 23:55 | ■ COMPLETED <br> ☐ ATTEMPTED | ☐ YES ■ NO |

| DOMESTIC/FAMILY VIOLENCE | WEAPON / FORCE INVOLVED |
|---|---|
| ■ YES ☐ NO | Hands/Feet |

**GANG INFORMATION**
None/Unknown

*OFFENSE LOCATION*

**LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION**
3513 CREST AV SE #E, ALB, 3513 CREST AVE SE, A

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| ALBUQUERQUE | NM | 87106 | US |

| LOCATION CATEGORY | AREA COMMAND / SECTOR / BEAT |
|---|---|

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| *[signature]* | *[signature]* |
| PRINT NAME | PRINT NAME |
| Jessica Gomez #▮▮▮▮  Apr 20, 2022 08:25 | Julie Maycumber #▮▮▮▮  Apr 23, 2022 15:44 |

| Residence/Home | SOUTHEAST / 32 / 323 |
|---|---|

### VICTIMS 1

| VICTIMS- NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| V-1 SYED, MUHAMMAD A | ▮▮▮▮ |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | White / Not Hispanic Or Latino | ▮▮▮▮ (primary, Mobile Phone) |

**HOME ADDRESS**
820 LOUISIANA BLVD NE, ALBUQUERQUE, NM 87108

| VICTIM IS OFFICER | INFORMATION PROVIDED |
|---|---|
| ☐ YES ☒ NO | Domestic Violence Brochure |

### SUSPECTS 1

| SUSPECTS- NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 SYED, MAIWAND | ▮▮▮▮ |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Unknown / Unknown |

**HOME ADDRESS**
3513 CREST AV SE #E, ALB, 3513 CREST AVE SE, A, ALBUQUERQUE, NM 87106

### INVOLVED OTHER 1

| INVOLVED OTHER- (PERSON) | DOB / ESTIMATED AGE RANGE |
|---|---|
| O-1 SYED, TAMANA | ▮▮▮▮ (juvenile) |

| SEX | RACE / ETHNICITY |
|---|---|
| Female | Unknown / Unknown |

**HOME ADDRESS**
820 LOUISIANA BLVD SE #▮▮▮, ALBUQUERQUE, NM 87108

### INVOLVED OTHER 2

| INVOLVED OTHER-2 (PERSON) | DOB / ESTIMATED AGE RANGE |
|---|---|
| O-2 SYED, HEWAD | ▮▮▮▮ (juvenile) |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Unknown / Unknown |

**HOME ADDRESS**
3513 CREST AV SE #E, ALB, 3513 CREST AVE SE, A, ALBUQUERQUE, NM 87106

### INVOLVED OTHER 3

| INVOLVED OTHER-3 (PERSON) | DOB / ESTIMATED AGE RANGE |
|---|---|
| O-3 SYED, LEUBNA | ▮▮▮▮ |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | Unknown / Unknown | ▮▮▮▮ (Home) |

### INVOLVED OTHER 4

| INVOLVED OTHER-4 (PERSON) | DOB / ESTIMATED AGE RANGE |
|---|---|
| O-4 SYED, BIBI | ▮▮▮▮ |

| SEX | RACE / ETHNICITY |
|---|---|
| Female | Unknown / Not Hispanic Or Latino |

**HOME ADDRESS**
523 ESPANOLA ST SE, ALBUQUERQUE, NM 87108

## MEDICAL ADDENDUM

**REPORT #**
▮▮▮▮

| INJURED PERSON- NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| MUHAMMAD A SYED | ▮▮▮▮ |

| WHERE INJURED- | INJURY TYPE | DESCRIPTION OF INJURY |
|---|---|---|
| Face | Apparent Minor Injury | nose |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| *[signature]* | *[signature]* |
| PRINT NAME | PRINT NAME |
| Jessica Gomez #▮▮▮▮   Apr 20, 2022 08:25 | Julie Maycumber #▮▮▮▮   Apr 23, 2022 15:44 |

## RELATIONSHIPS ADDENDUM

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| HEWAD SYED | CHILD OF | BIBI SYED |
| LEUBNA SYED | CHILD OF | BIBI SYED |
| MAIWAND SYED | CHILD OF | BIBI SYED |
| MAIWAND SYED | SIBLING OF | HEWAD SYED |
| MAIWAND SYED | SIBLING OF | LEUBNA SYED |
| MAIWAND SYED | CHILD OF | MUHAMMAD A SYED |
| MAIWAND SYED | SIBLING OF | TAMANA SYED |
| MUHAMMAD A SYED | SPOUSE OF | BIBI SYED |
| MUHAMMAD A SYED | SIBLING OF | HEWAD SYED |
| MUHAMMAD A SYED | SIBLING OF | LEUBNA SYED |
| MUHAMMAD A SYED | SIBLING OF | TAMANA SYED |
| TAMANA SYED | CHILD OF | BIBI SYED |
| TAMANA SYED | SIBLING OF | HEWAD SYED |
| TAMANA SYED | SIBLING OF | LEUBNA SYED |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| *[signature]* | *[signature]* |
| **PRINT NAME** | **PRINT NAME** |
| Jessica Gomez # ▮▮▮▮  Apr 20, 2022 08:25 | Julie Maycumber # ▮▮▮▮  Apr 23, 2022 15:44 |



**Albuquerque Police Department**
Ma k43 RMS  o m v2 0 gene ated by A  Tinaje o #7111 on Aug 12, 2022 13 59