# CLERK'S MINUTE SHEET

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable John F. Robbenhaar

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | MJ 22-1291 JFR | UNITED STATES vs. SYED | |
| Hearing Date: | 8/15/2022 | Time In and Out: | 10:12-11:43/11:52-1:08 pm |
| Courtroom Deputy: | N. Maestas; K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Shaheen Syed | Defendant's Counsel: | John C Anderson |
| AUSA: | Kimberly A Brawley, Fred Federici | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | | Witnesses: | Brenton Hutson, Sean Macmanus |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain ☐ Government does not recommend detention
- ☐ Set for ___ on ___ @ ___

## Preliminary/Show Cause/Identity

- ☒ Ms. Brawley calls Agent Brenton Hutson (sworn)/conducts direct examination; Moves for admission of several exhibits, with no objection from defense counsel, the court admitted those exhibits. Mr. Anderson conducts cross examination. Ms. Brawley conducts redirect. Court excuses witness. Ms. Brawley addresses Court regarding probable cause. Mr. Anderson responds.
- ☐ Defendant
- ☒ Court finds probable cause ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives right to contest detention
- ☒ Mr. Federici calls Agent Sean Macmanus (sworn)/conducts direct examination. Moves for admission of several exhibits, with no objection from defense counsel, the court admitted those exhibits. No cross by Mr. Anderson Court excuses witness. Court has reviewed motion and response regarding detention. Ms. Brawley argues in support of motion. Mr. Anderson argues in opposition to motion and asks that Defendant be released to the third-party custody of a member of his family.

## Custody Status

- ☒ Defendant remanded to the custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Pursuant to the Due Process Protections Act, Court confirms the United States obligation to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and orders it to do so.